12720. FROST v. THE STATE.

LUKE, J. The evidence fully authorized the defendant's conviction of the offense of burglary, and there appears in the record no harmful error which would authorize the granting of a new trial.

Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.<br>
Decided November 17, 1921.

Indictment for burglary; from Chatham superior court — Judge Meldrim. June 8, 1921.

*Stella Akin, D. H. Clark,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.

---

12721. GRANT v. THE STATE.

BLOODWORTH, J. The evidence relied upon by the State to connect the accused with the offense of the larceny of a hog is wholly circumstantial, and does not exclude every reasonable hypothesis save that of the guilt of the accused.

Judgment reversed. Broyles, C. J., and Luke, J., concur.<br>
Decided November 17, 1921.

Conviction of larceny of hog; from Wilcox superior court —
Judge Gower.  July 5, 1921.

*Hal Lawson,* for plaintiff in error.

*J. B. Wall, solicitor-general, Grantham & Kassewitz,* contra.